UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 05-303M |
| v. ) | |
| ) | |
| LISA MARIE CALLANDER, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offense charged</u>:

   Possession with Intent to Distribute Marijuana (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)).

<u>Date of Detention Hearing</u>:   June 22, 2005.

   <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

   The Court conducted a detention hearing pursuant to 18 U.S.C. § 3142(f).  Based upon the factual findings and statement of reasons for detention hereafter set forth, the Court finds:

   (1)   Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that no conditions would reasonably assure the presence of defendant at the time of trial;

   (2)   Defendant has no ties to the community or to Western District of Washington;

   (3)   Defendant is estranged from her family in British Columbia, and has minimal ties only in Vancouver, British Columbia;

(4)   Defendant is unemployed; and

(5)   Defendant has had recent substance-abuse problems.

IT IS THEREFORE ORDERED:

(1)   Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)   Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)   On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)   The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 27th day of June, 2005.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge